# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: REQUEST FOR RECUSAL OF JOHN DISALLE, J. | : No. 374 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: C.E. KUROWSKI, ESQUIRE | : Order of the Superior Court |
| | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.